# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. WILSON, | Case No. EDCV 16-2438-PSG (JPR) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed.[1] The Court accepts the findings and recommendations of the Magistrate Judge.

---

[1] In Petitioner's latest extension request, he alleged in part, for the first time in this case, that mental-health issues affected his ability to prosecute. He has made similar claims in his pending civil-rights action, see Wilson v. Boldt, No. EDCV 11-1359-PSG (JPR) (C.D. Cal. filed Aug. 25, 2011), which the Court has repeatedly rejected, as noted in orders issued on May 16, 2017, and January 19, February 28, and most recently April 17, 2018. The Court nonetheless granted the extension request, but that deadline has come and gone without any additional extension request from Petitioner. He has had ample time and opportunity to object to the R. & R. if he so wished.

IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action with prejudice.

DATED: August 20, 2018

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE