# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GEORGE H. WILSON, ) Case No. EDCV 16-2438-PSG (JPR)
)
       Petitioner, )
) **J U D G M E N T**
    v. )
)
DEBBIE ASUNCION, Warden, )
)
       Respondent. )
)

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 20, 2018

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE